BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12CR0234 LJO-SKO |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| ERNESTINA VILLAREAL-GUERRERO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, the above-captioned matter was set for sentencing on July 8, 2013, at 8:30 a.m.

2. By this stipulation, the parties now move to continue the sentencing hearing date until November 4, 2013, at 8:30 a.m. to effectuate the terms of the plea agreement.

////

////

////

1

IT IS SO STIPULATED.

DATED: July 3, 2013.          Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney


                              /s/ Karen A. Escobar_____
                              KAREN A. ESCOBAR
                              Assistant United States Attorney



DATED: July 3, 2013.

                              /s/ Mark Broughton_____
                              MARK BROUGHTON
                              Counsel for Defendant
                              ERNESTINA VILLAREAL-GUERRERO




## **O R D E R**

IT IS SO ORDERED this 3rd day of July, 2013.


                                __/s/ Lawrence J. O'Neill_____
                                LAWRENCE J. O'NEILL
                                UNITED STATES DISTRICT JUDGE